IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MIJEL CHAVIRA, | No. C 12-0885 CW (PR) |
| Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| J. TODD, et al., | (Docket no. 2) |
| Defendants. | |

On February 23, 2012, Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. Included with the complaint was an incomplete application to proceed in forma pauperis. That same date, the Clerk of the Court sent a notice to Plaintiff informing him that his action could not go forward until he paid the filing fee or filed a completed in forma pauperis application. The Clerk sent Plaintiff a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

More than thirty days have passed and Plaintiff has not paid the filing fee, submitted a completed in forma pauperis application, or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's in forma pauperis application is DENIED as incomplete. The Clerk shall enter judgment and close the file. This Order terminates Docket no. 2.

IT IS SO ORDERED.

Dated: 4/11/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE